**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

CHARLES QUAIL,

                              Petitioner,                    07  **CIVIL** 6050 (VM)

             -against-                                       **JUDGMENT**

J. FARRELL,
                              Respondent.                    **SCANNED**
-------------------------------------------------------------X

U.S. DISTRICT COURT
FILED
APR 2 8 2008
S. D. OF N.Y

A petition for habeas corpus pursuant to 28 U.S.C. § 2254 having been submitted to the

Honorable Victor Marrero, United States District Judge, and the Court, on April 25, 2008, having

rendered its Decision and Order denying petitioner's motion for appointment of counsel and denying

the petition for a writ of habeas corpus, it is,

            **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the

Court's Decision and Order dated April 25, 2008, petitioner's motion for appointment of counsel is

denied; the petition for a writ of habeas corpus is denied; accordingly, the case closed; the Court

finds that because petitioner has not made a substantial showing of the denial of a constitutional

right, a certificate of appealability will not issue.

**DATED:**  New York, New York
            April 28, 2008

                                         **J. MICHAEL McMAHON**
                                         _____
                                              **Clerk of Court**

                              **BY:**    _____
                                              **Deputy Clerk**

                         **THIS DOCUMENT WAS ENTERED**
                         **ON THE DOCKET ON _____**