# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Document # __12__

----------------------------------------

*Quail*

-v-

*Farrell*

----------------------------------------

U.S.C.A. # _____

U.S.D.C. # __07-cv-6050__

JUDGE: __VM__

DATE: __May 21, 2008__

*[Stamp: U.S. District Court, MAY 21 2008, S.D. of N.Y.]*

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): __THOMAS R. PISARCZYK__
FIRM: __U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK__
ADDRESS: __500 PEARL STREET, ROOM 370__
__NEW YORK, NEW YORK 10007__
PHONE NO.: __(212) 805 - 0636__

**DISTRICT COURT DOCKET ENTRIES** ----------------------------------------

**DOCUMENT DESCRIPTION**                                            DOC. #

__CLERK'S CERTIFICATE__

__SEE ATTACHED LIST OF NUMBERED DOCUMENTS__

(✓) Original Record                              (____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A for the Second Circuit on the 21st Day of May, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

*Gusil*

-v-

*Forell*

------------------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 07cv-6050

JUDGE: VM

DATE: May 21, 2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered _____ Through _____, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

| Date Filed | Document Description |
|---|---|
|   |   |
|   |   |
|   |   |
|   |   |
|   |   |
|   |   |
|   |   |
|   |   |

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 21st Day of May In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED, HABEAS, PRO-SE

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-06050-VM
### Internal Use Only

Quail v. Farrell  
Assigned to: Judge Victor Marrero  
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 06/26/2007  
Date Terminated: 04/28/2008  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 06/26/2007 | 1 | ENDORSEMENT on Declaration in Support of Request to Proceed In Forma Pauperis, I.F.P. REQUEST IS GRANTED. (Signed by Judge Kimba M. Wood on 6/26/7) (laq) (Entered: 07/03/2007) |
| 06/26/2007 | 2 | PETITION FOR WRIT OF HABEAS CORPUS pursuant to 28 U.S.C. 2254. Document filed by Charles Quail.(laq) (Entered: 07/03/2007) |
| 06/26/2007 | | Magistrate Judge Andrew J. Peck is so designated. (laq) (Entered: 07/03/2007) |
| 07/11/2007 | 3 | APPLICATION to Appoint Counsel pursuant to 18 U.S.C. 3006(A)(g) (Habeas Corpus Petition). Document filed by Charles Quail.(jp) (Entered: 07/19/2007) |
| 09/05/2007 | 4 | ENDORSED LETTER addressed to Judge Victor Marrero from Nancy Killian dated 9/4/07 re: Respondent request for a 60 day extension to answer the petition. ENDORSEMENT: Request granted. The time for respondent to respond or otherwise move with respect to the petition in this action is extended to 11/5/07. J. Farrell answer due 11/5/2007. (Signed by Judge Victor Marrero on 9/4/07) (cd) (Entered: 09/06/2007) |
| 09/13/2007 | 5 | ORDER: that the motion of plaintiff Charles Quail for appointment of counsel (docket No. 3) is denied without prejudice.(Signed by Judge Victor Marrero on 9/12/2007) (jpo) (Entered: 09/14/2007) |
| 09/18/2007 | | Received Return Receipt as to Charles Quail, which was served by Certified Mail # 7002 2410 0005 1342 7220, on date not indicated.. (djc) (Entered: 09/18/2007) |
| 11/05/2007 | 6 | AFFIDAVIT of Bryan C. Hughes in Opposition re: 2 Petition for Writ of Habeas Corpus. Document filed by J. Farrell. (djc) (Entered: 11/05/2007) |
| 11/30/2007 | 7 | TRAVERSE to: 6 Affidavit in Opposition. Document filed by Charles Quail. (Received in Docketing Unit on 12/19/2007 10:13 a.m.) (jar) (Entered: 12/19/2007) |
| 02/14/2008 | 8 | APPLICATION to Appoint Counsel pursuant to 18 U.S.C. 3006(A)(g) (Habeas Corpus Petition). Document filed by Charles Quail.(jmi) (Entered: 02/20/2008) |
| 04/25/2008 | 9 | DECISION AND ORDER: The 2 Petition for Writ of Habeas Corpus pursuant to 28 USC ss2254 herein is DENIED. A certificate of appealability will not issue. The Clerk of the Court is directed to withdraw any pending motions and to close the case. (Signed by Judge Victor Marrero on 4/25/08) (db) (Entered: 04/25/2008) |
| 04/25/2008 | | Transmission to Judgments and Orders Clerk. Transmitted re: 9 Order to the Judgments and Orders Clerk. (db) (Entered: 04/25/2008) |
| 04/28/2008 | 10 | CLERK'S JUDGMENT That for the reasons stated in the Court's Decision and Order dated April 25, 2008, petitioners motion for appointment of counsel is denied; the petition for a writ of habeas corpus is denied; accordingly, the case closed; the Court finds that because petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. (Signed by J. Michael McMahon, clerk on 4/28/08) (Attachments: # 1 notice of right to appeal)(ml) (Entered: 04/28/2008) |
| 04/28/2008 | | Mailed notice of Right to Appeal to Pro Se Litigant(s): Charles Quail. (ama) (Entered: 04/30/2008) |
| 05/09/2008 | 11 | NOTICE OF APPEAL from 10 Clerk's Judgment. Document filed by Charles Quail. (tp) (Entered: 05/19/2008) |
| 05/09/2008 | | Appeal Remark as to 11 Notice of Appeal filed by Charles Quail. NO FEE. IFP GRANTED 6/26/07. COA DENIED 4/25/08. (tp) (Entered: 05/19/2008) |
| 05/19/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 11 Notice of Appeal. (tp) (Entered: 05/19/2008) |
| 05/19/2008 | | Transmission of Notice of Appeal to the District Judge re: 11 Notice of Appeal. (tp) (Entered: 05/19/2008) |